### AFFIDAVIT OF GINA GALANTINO IN SUPPORT OF CRIMINAL COMPLAINT

I, Gina Galantino, state:

### Introduction and Affiant Background

1. I am a Special Agent with the federal Bureau of Alcohol, Tobacco, Firearms and Explosive ("ATF") and have been so employed since 2020. I am currently assigned to the Boston Field Office. I am a graduate of the Federal Law Enforcement Training Center, where I completed ATF Special Agent Basic Training and the Criminal Investigator Training Program. During the course of my law enforcement career, I have participated in the execution of state and federal search and/or arrest warrants for violations of firearms and controlled substance laws.

2. As a Special Agent for ATF, some of my duties include conducting criminal investigations into cases of illegal possession/transfer of firearms, firearms trafficking, and drug trafficking. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the illegal use and trafficking of firearms and controlled substances and the unlawful use or possession of firearms. I have been the affiant on affidavits in support of federal search warrants and arrest warrants. I have participated in and performed surveillance and made arrests of firearms and narcotics traffickers who utilize their electronic devices and/or computer equipment to further their illegal activity. During the course of my professional experience, I have interviewed numerous defendants, witnesses, victims, confidential informants, and other police officers regarding the illegal use and trafficking of firearms and controlled substances and the unlawful use or possession of firearms. As a result of my training and experience, and information provided to me by other

law enforcement officers, I have an understanding of the various roles played by individuals or groups involved in the trafficking of controlled substances and firearms.  I have interviewed admitted drug traffickers, drug users, informants, cooperating defendants, and local, state, and federal law enforcement officers regarding the manner in which drug traffickers distribute, obtain, finance, store, manufacture, transport, and distribute illegal drugs.  As such, I am familiar with the methods, routines, and practices of individuals involved in the use, sale, and trafficking of narcotics, including those involving purchasing, manufacturing, storing, and distributing controlled substances, the collection and laundering of illegal proceeds, and the efforts of persons involved in such activities to avoid detection by law enforcement.  I am also familiar with the terminology and slang commonly employed by drug traffickers.  I have observed and examined numerous types of controlled substances and I am familiar with the packaging, pricing structure, distribution methods, and street jargon associated with their sale and use.  I have also encountered and become familiar with the various tools, methods, trends, and paraphernalia used by drug traffickers and trafficking organizations in their efforts to import, conceal, manufacture, and distribute controlled substances.

3. I submit this affidavit in support of a criminal complaint against Melvin SMITH for being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1) (the "Target Offense").  As set forth below, there is probable cause to believe that SMITH committed the Target Offense.

4. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other investigators and witnesses.  This affidavit is submitted for the limited purpose of establishing probable cause for

the issuance of the requested criminal complaint and arrest warrant. Accordingly, I have not included each and every fact known to me and other investigators involved in this investigation.

## **PROBABLE CAUSE**

5. On or about February 14, 2024, federal agents and state law enforcement officers executed a federal search warrant at 42 Harrison Archway, Unit #4262, in Boston, MA and a federal arrest warrant for Heath Street Gang member/associate, Michael Riley. The officers/agents knocked and announced themselves before entering the location. When officers/agents entered the location, a female party exited a bedroom ("Room B") and entered the hallway. Next, a male party later identified as Melvin SMITH, also exited Room B. Both parties were detained in the hallway by investigators. A short time later, Michael Riley exited a different bedroom ("Bedroom A") and was arrested pursuant to a federal arrest warrant.

6. After Riley was arrested, and SMITH and the female party were detained, officers/agents secured the location for their safety and to conduct the search pursuant to the search warrant. Room B was searched. During the search of Room B, numerous items were seized, including: (1) a FEG Mod. SMC, .380 caliber semi-automatic pistol (with an obliterated serial number) which was loaded with six (6) rounds of .380 caliber ammunition and was located under the mattress of a bed in Room B; (2) a box containing twenty-four (24) rounds of .380 caliber ammunition which was located in the first drawer of the dresser in Room B; and (3) suspected controlled substances from the dresser in Room B. As noted above, officers/agents observed SMITH exiting from Room B when they entered the apartment to execute the above-referenced warrants. Officers/agents also found various pieces of evidence consistent with Room B being used by SMITH, including mail in his name from the American Association of Retired

Persons ("AARP"). In addition, Boston Housing Authority confirmed that SMITH is listed on the lease for Unit #4262 as the Head of Household. SMITH was subsequently arrested on state firearm and drug charges.

7. An ATF agent conducted a preliminary analysis of the FEG Mod. SMC, .380 caliber semi-automatic firearm seized from SMITH's room. The agent concluded that the firearm was manufactured in Budapest, Hungary, and imported into Harrisburg, Pennsylvania. Thus, the firearm found in SMITH's room had traveled in interstate and foreign commerce.

8. At the time that the firearm was recovered in SMITH's possession, based upon my review of public records, I am aware that SMITH had been convicted of an offense for which the potential sentence exceeded one year. As an example, on or around 2005, SMITH was convicted in Massachusetts state court of Manslaughter and sentenced to a term of imprisonment of nineteen (19) years to nineteen (19) years and one (1) day. Given this long sentence of incarceration, not only was SMITH convicted of an offense for which the potential sentence exceeded one year, SMITH also had knowledge of this fact. Based on my review of public records, I am further aware that SMITH had been convicted in this District in or around 1995 of violating Title 18, United States Code, Section 922(g)(1).

## CONCLUSION

9.   Based upon the foregoing, I submit there is probable cause to believe that, on or about February 14, 2024, Melvin SMITH was a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

_____
Special Agent Gina M. Galantino
Bureau of Alcohol, Tobacco, Firearms and Explosives

~~Subscribed and~~ sworn to before me telephonically in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 on March 20, 2024.

11:09 a.m.

_____
HON. DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE

5